**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| IN THE MATTER OF THE | ) |
| TAX INDEBTEDNESS OF | ) |
| Gravelwood Farm Inc | ) MISC. NO. |
| 40 Gravelwood Farm Lane | ) |
| Blue Hill, ME 04614 | ) ***EX PARTE*** |
| | ) |

**DECLARATION OF IRS REVENUE OFFICER DAVID LAMBERT**

I, David Lambert, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am employed as a Revenue Officer in the compliance area of the Small Business/Self-Employed Division of the Internal Revenue Service, at Bangor, ME, and have worked in this office for 4 years. As a Revenue Officer, I have the duty and authority to collect federal taxes by seizure and sale under the provisions of Section 6331 of the Internal Revenue Code (26 U.S.C., or "IRC").

2. As part of my regular duties, I am asked by the Internal Revenue Service or the Department of Justice to provide support and information through access and review of IRS records as they relate to specific taxpayers, and to make statements in court or offer testimony based on my review of those records. The IRS records I review are created at or near the time of the act(s) or event(s). It is the regular practice of the IRS to create and preserve such records. In this case, I have been requested by the Department of Justice and the Internal Revenue Service to provide information for the outstanding income tax liabilities of Gravelwood Farm Inc., for the Form 941 tax periods ending September 30, 2022, December 31, 2022, March 31, 2023, June 30, 2023, September 30 2023, December 31, 2023, and March 31, 2024, September 30, 2024, as well Form 940 liabilities for the periods ending December 31, 2015, December 31, 2019, and Dec 31, 2022, as well as Form 1120 liabilities for the periods ending December 31, 2019, December 31,

2020, December 31, 2021, December 31, 2022, and December 31, 2023, in support of an IRS application for entry onto real property leased by Gravelwood Farm Inc, as well as entry to 2 cash registers and a safe located on the business premises at 172 Ellsworth Rd. Blue Hill ME, in furtherance of a levy and seizure of property the company owns. I have reviewed the records of the IRS as they relate to Gravelwood Farm Inc. and the following statements are based on my review of those records.

3. Among the records I have reviewed are those in the IRS Integrated Data Retrieval System (IDRS) computer database, which stores and tracks taxpayer account information. Information from a taxpayer's income tax return is entered into the IDRS at the IRS Service Center where the return is filed or when a assessment is made. Subsequently, additional entries are made when payments are made, or other specified events occur (such as the mailing of notices to a taxpayer). Information relevant to that taxpayer is also saved in a paper administrative record, and can also be stored electronically. Among other information, IDRS generates various reports based on the data, including "INTST Reports," which provide the balance owing for a particular taxpayer for a particular tax period as of a particular date.

4. Data stored in the IDRS system can be retrieved and printed in various formats one of which is commonly referred to as 'plain English transcript' because it adds descriptions to the transaction codes. Attached hereto is a copy of the plain English transcript for Form 941 tax periods ending September 30, 2022, December 31, 2022, March 31, 2023, June 30, 2023, September 30 2023, December 31, 2023, and March 31, 2024, September 30, 2024, as well Form 940 liabilities for the periods ending December 31, 2015, December 31, 2019, and Dec 31, 2022, as well as Form 1120 liabilities for the periods ending December 31, 2019, December 31, 2020, December 31, 2021, December 31, 2022, and December 31, 2023 year tax accounts, confirming some of the facts set forth below.

5. Assessments of tax, additions to tax, and interest were made as follows: Form 941 for the September 30, 2022 period, assessment made May 15, 2023, Form 941 for the Dec 31, 2022 period, assessment made December 18, 2023, Form 941 for March 31, 2023 period assessment was made July 10, 2023, From 941 for the June 30, 2023 period assessment was made December 18, 2023, Form 941 for the September 30 2023 period assessment was made December 18, 2023, Form 941 for the Dec 31, 2023 period assessment was made April 1, 2024, Form 941 for the March 31, 2024 period assessment was made June 16, 2025, Form 940 for the 2015 tax year, assessment was made May 16, 2022, Form 940 for the 2019 tax year, assessment was made February 14, 2022, Form 940 for the 2022 tax year, assessment was made January 8, 2024, Form 940 for the 2024 tax year, assessment was made May 12, 2025, Form 1120 for the 2017 tax year, assessment was made December 04, 2023, Form 1120 for the 2019 tax year, assessment was made August 04, 2025, Form 1120 for the 2020 tax year, assessment was made August 04, 2025, Form 1120 for the 2021 tax year, assessment was made August 04, 2025, Form 1120 for the 2022 tax year, assessment was made August 04, 2025, Form 1120 for the 2023 tax year, assessment was made August 04, 2025. According to the INTST report I have reviewed that relates to Gravelwood Farm Inc., there is now due, owing and unpaid with respect to such tax, additions to tax and interest a total amount of $129,308.55 plus statutory additions as of June 26, 2026. The aforesaid tax liabilities are in regards to Gravelwood Farm's aggregated federal employment, unemployment, and corporate income tax liabilities

6. The assessments set forth above were made pursuant to IRC Sections 6201 and 6203; pursuant to IRC Section 6303, the first notice and demand for payment was given to the Gravelwood Farm Inc. prior to or on the date that is 60 days after the date upon which each amount was assessed, for the periods listed above.

7. Gravelwood Farm Inc. has neglected or refused to pay the full amount of the tax assessed

within 10 days after such notice and demand and this neglect or refusal continues.

8. By reason of the assessment and demand, a lien has arisen on all property and rights to property of Gravelwood Farm Inc. as prescribed by IRC Sections 6321 and 6322.

9. By reason of Gravelwood Farm Inc.'s neglect, refusal or failure to pay such tax, penalty and interest within 10 days after notice and demand, a levy may be made on all property and rights to property belonging to the taxpayer or to which the federal tax lien attaches.

10. After review of the pertinent IRS records, notices of intent to levy, as required by IRC Section 6331(d), were provided to Gravelwood Farm Inc. by mail on as follows: Form 941 September 30, 2022, intent to levy was sent September 18th, 2023, Form 941 December 31, 2022, intent to levy was sent January 2, 2024, Form 941 March 31, 2023, intent to levy was sentintent to levy was sent January 2, 2024, Form 941 March 31, 2023, intent to levy was sent September 18th, 2023, Form 941 June 30, 2023, intent to levy was sent January 2, 2024, Form 941 September 30, 2023, intent to levy was sent January 2, 2024, Form 941 December 31, 2023, intent to levy was sent June 5, 2024, Form 941 March 31, 2024, intent to levy was sent September 29, 2025, Form 940 tax year 2015, intent to levy was sent June 17, 2022, Form 940 tax year 2019, intent to levy was sent April 19, 2022, Form 940 tax year 2022, intent to levy was sent June 05, 2024, Form 940 for the 2024 tax year, intent to levy was sent September 29, 2025, Form 1120 for the 2017 period, intent to levy was sent January 2, 2024, Form 1120 for the 2019 tax year, intent to levy was sent September 29, 2025, Form 1120 tax year 2019, intent to levy was sent September 29, 2025, Form 1120 tax year 2020, intent to levy was sent September 29, 2025, Form 1120 tax year 2021, intent to levy was sent September 29, 2025, Form 1120 tax year 2022, intent to levy was sent September 29, 2025, Form 1120 tax year 2023, intent to levy was sent September 29, 2025. All notices of intent to levy were sent by certified mail to the address of record for Gravelwood Farm Inc. No CDP hearing was requested in response to any notice of intent to levy.

11. Notices of filing a notice of federal tax lien ("NFTL") of the Internal Revenue Service were mailed to Gravelwood Farm Inc. as follows: Form 941, September 30, 2022, NFTL was mailed Sept 19, 2023, Form 941 Dec 31 2022, NFTL was mailed January 3, 2024, Form 941 March 31, 2023, NFTL was mailed September 22, 2023, Form 941 June 30, 2023, NFTL was mailed January 04, 2024, Form 941 September 30 2023, NFTL was mailed January 04, 2024, Form 941 December 31, 2023 NFTL was mailed April 17, 2024, Form 941 March 31 2024, NFTL was mailed January 23, 2025, Form 941 September 30 2024, NFTL was mailed September 30 2025, Form 940 for the 2015 tax year, NFTL was mailed September 22, 2022, Form 940 for the 2019 tax year, NFTL was mailed December 23, 2022, Form 940 for the 2022 tax year, NFTL was mailed April 17, 2024, Form 940 for the 2024 tax year, NFTL was mailed September 30, 2025, Form 1120 for the 2017 tax year, NFTL was mailed January 3, 2024, Form 1120 for the 2019 tax year, NFTL was mailed September 30, 2025, Form 1120 for the 2020 tax year, NFTL was mailed September 30, 2025, Form 1120 for the 2021 tax year, NFTL was mailed September 30, 2025, Form 1120 for the 2022 tax year, NFTL was mailed September 30, 2025, Form 1120 for the 2023 tax year, NFTL was mailed September 30, 2025. At the same time as each of the NFTL mailings, the letter notified Gravelwood Farm Inc of their right to request a collection due process hearing. No collection due process hearing was requested.

12. Gravelwood Farm Inc. and corporate President Daniel Brown have been uncooperative during the IRS's attempts to collect the tax due by shielding assets, moving funds between accounts, closing bank accounts once those accounts become known to the IRS, commingling business and personal assets, and continued accrual of payroll tax liability during attempted collection.

13. Notices of Federal tax lien were recorded as follows at the Hancock County Registry of Deeds: Form 941, September 30, 2022, NFTL was recorded at book 7291 page 2 on

September 19, 2023, Form 941 Dec 31 2022, NFTL was recorded at book 7306 page 90 on January 16, 2024, Form 941 March 31, 2023, NFTL was recorded at book 7291 page 2 on September 19, 2023, Form 941 June 30, 2023, NFTL was recorded at book 7306 page 90 on January 16, 2024, Form 941 September 30 2023, NFTL was at book 7306 page 90 on January 16 2024, Form 941 December 31, 2023 NFTL was recorded at book 7321 page 32 on April 29, 2024, Form 941 March 31 2024, NFTL was recorded at book 7369 page 84 on February 6, 2025, Form 941 September 30 2024, NFTL was recorded at book 7410 page 572 on September 30 2025, Form 940 for the 2015 tax year, NFTL was recorded at book 7235 page 460 on October 11 2022, 2022, Form 940 for the 2019 tax year, NFTL was recorded at book 7205 page 246 on May 11 2022, Form 940 for the 2022 tax year, NFTL was recorded at book 7321 page 32 on April 29 2024, Form 940 for the 2024 tax year, NFTL was recorded at book 7410 page 572 on September 30 2025, Form 1120 for the 2017 tax year, NFTL was recorded at book 7410 page 572 on September 30 2025, Form 1120 for the 2019 tax year, NFTL was recorded at book 7410 page 572 on September 30 2025, Form 1120 for the 2020 tax year, was recorded at book 7410 page 572 on September 30 2025, Form 1120 for the 2021 tax year, NFTL was recorded at book 7410 page 572 on September 30 2025, Form 1120 for the 2022 tax year, NFTL was recorded at book 7410 page 572 on September 30 2025, Form 1120 for the 2023 tax year, NFTL was recorded at book 7410 page 572 on September 30 2025. Notices of Federal tax lien were recorded as follows with the Maine Secretary of State: Form 941, September 30, 2022, NFTL was recorded with filing number 20230926114610057-99 on September 25, 2023, Form 941 Dec 31 2022, NFTL was recorded with filing number 20240119114610162-81 on January 16, 2024, Form 941 March 31, 2023, NFTL was recorded with filing number 20230926114610057-99 on September 25, 2023, Form 941 June 30, 2023, NFTL was recorded with filing number

20240119114610162-81 on January 16, 2024, Form 941 September 30 2023, NFTL was recorded with filing number 20240119114610162-81 on January 16, 2024, Form 941 December 31, 2023 NFTL was recorded with filing number 20240830114610156-84 on August 27, 2024, Form 941 March 31 2024, NFTL was recorded with filing number 20250206114460075-05 on February 4, 2025, Form 941 September 30 2024, NFTL was recorded with filing number 20251008114610134-29 on October 6, 2025, Form 940 for the 2015 tax year, NFTL was recorded with filing number 20221017101400093-53 on October 11, 2022, Form 940 for the 2019 tax year, NFTL was recorded with filing number 20230113101400077-02 on January 10, 2023, Form 940 for the 2022 tax year, NFTL was recorded with filing number 20240830114610156-84 on August 27, 2024, Form 940 for the 2024 tax year, NFTL was recorded with filing number 20251008114610134-29 on October 6, 2025, Form 1120 for the 2017 tax year, NFTL was recorded with filing number 20251008114610134-29 on October 6, 2025, Form 1120 for the 2019 tax year, NFTL was recorded with filing number 20251008114610134-29 on October 6, 2025, Form 1120 for the 2020 tax year, was recorded with filing number 20251008114610134-29 on October 6, 2025, Form 1120 for the 2021 tax year, NFTL was recorded with filing number 20251008114610134-29 on October 6, 2025, Form 1120 for the 2022 tax year, NFTL was recorded with filing number 20251008114610134-29 on October 6, 2025, Form 1120 for the 2023 tax year, NFTL was recorded with filing number 20251008114610134-29 on October 6, 2025.

13. Corporate President Dan Brown was served with Letter 903 in person by Revenue Officer Jared More on August 15, 2022. Letter 903 is a legal notice provided to employers who accruing payroll tax liabilities, which informs them of their obligations and provides notice of potential civil injunction or criminal penalties should the accruals continue.

Gravelwood Farm Inc. has continued to accrue payroll tax liabilities following receipt of this notice, including for the periods listed above.

14. Payroll tax accruals continue through to the present for Gravelwood Farm Inc, beyond the periods listed earlier in this notice. Gravelwood Farm Inc. has not made any federal payroll tax deposits in 2025 or 2026, despite enforced collection efforts including levy and service of Letter 903. The IRS will assess balances due for these periods in the normal course

15. Gravelwood Farm Inc. was warned to full pay the outstanding balance owed on form 9297 on March 2, 2026 and warned of seizure action if payment was not remitted by the March 19th, 2026 deadline. No payment has been received for the outstanding balance since this deadline was communicated. Gravelwood Farm Inc was provided with their rights to appeal as well as their right to contact Taxpayer Advocate Service at the time of this notice being sent.

16. Two cash registers belonging to Gravelwood Farm are present at its business location, 172 Ellsworth Rd, Blue Hill ME 04614. The first register is near the entrance of the business, on the side of the property where nursery products are sold. There is a second register in the adjacent room on the north end of the property, behind the retail counter for the business's sale of cannabis products. Additionally, a small personal safe has been observed by previously assigned RO Jared More in the upstairs loft office area, and Dan Brown has been observed removing cash from this cash box to pay business expenses by RO Jared More.

17. The taxpayer has not been asked to open the safe or cash registers to facilitate seizure, as this action may put collection at risk by prompting the taxpayer to move their cash proceeds off site prior the seizure being conducted.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed at Bangor, ME, this 3rd Day of August, 2026.

David L. Lambert

Digitally signed by David L. Lambert
Date: 2026.08.06 15:42:11 -04'00'

David Lambert
Revenue Officer,
Internal Revenue Service