Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 941 Account Transcript

| | |
|---|---|
| Request Date: | 07-31-2026 |
| Response Date: | 07-31-2026 |
| Tracking Number: | 110999832052 |

| | |
|---|---|
| Form Number: | 941 |
| Report for Tax Period Ending: | 09-30-2022 |
| Taxpayer Identification Number: | XX-XXX8482 |

GRAV FAR IN
40 GRA

**** Any minus sign shown below signifies a credit amount ****

| | | | |
|---|---|---|---|
| Account balance: | $14,964.73 | | |
| Accrued interest: | $701.82 | As of: | 08-10-2026 |
| Accrued penalty: | $0.00 | As of: | 10-31-2022 |
| Account balance plus accruals (this is not a payoff amount): | $15,666.55 | | |

**** Information from the return or as adjusted ****

| | |
|---|---|
| Total Tax per Taxpayer | $8,384.44 |
| Return due date or return received date (whichever is later): | 03-23-2023 |
| Processed date: | 05-15-2023 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed<br>29141-103-00648-3 | 202317 | 05-15-2023 | $8,384.44 |
| 960 | Appointed representative | | 05-04-2022 | $0.00 |
| 961 | Removed appointed representative | | 10-06-2022 | $0.00 |
| 599 | Tax return secured | | 03-24-2023 | $0.00 |
| 166 | Penalty for filing tax return after the due date<br>05-15-2033 | 202317 | 05-15-2023 | $1,886.50 |
| 186 | Federal tax deposit penalty<br>05-15-2033 | 202317 | 05-15-2023 | $838.44 |
| 276 | Penalty for late payment of tax | 202317 | 05-15-2023 | $293.46 |
| 196 | Interest charged for late payment | 202317 | 05-15-2023 | $375.58 |
| 186 | Federal tax deposit penalty<br>06-19-2033 | 202322 | 06-19-2023 | $419.22 |
| 276 | Penalty for late payment of tax | 202322 | 06-19-2023 | $41.92 |
| 196 | Interest charged for late payment | 202322 | 06-19-2023 | $79.32 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 09-18-2023 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 09-22-2023 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 09-28-2023 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 10-23-2023 | $0.00 |
| 971 | First Levy Issued on Module | | 11-29-2023 | $0.00 |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 971 | Unclaimed notice of lien filing and right to Collection Due Process hearing | | 11-02-2023 | $0.00 |
| 670 | Payment<br>Levy | | 08-13-2024 | -$1,280.49 |
| 196 | Interest charged for late payment | 202446 | 12-02-2024 | $1,450.10 |
| 276 | Penalty for late payment of tax | 202446 | 12-02-2024 | $1,332.21 |
| 971 | Federal Payment Levy Program - Levy Issued | | 02-03-2025 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 03-14-2025 | $0.00 |
| 538 | Adjusted balance due to trust fund recovery penalty | | 09-09-2025 | -$160.74 |
| 538 | Adjusted balance due to trust fund recovery penalty | | 09-30-2025 | -$22.76 |
| 196 | Interest charged for late payment | 202546 | 12-01-2025 | $1,007.85 |
| 276 | Penalty for late payment of tax | 202546 | 12-01-2025 | $319.68 |

This Product Contains Sensitive Taxpayer Data

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 941 Account Transcript

| | |
|---|---|
| Request Date: | 07-31-2026 |
| Response Date: | 07-31-2026 |
| Tracking Number: | 110999832052 |

| | |
|---|---|
| Form Number: | 941 |
| Report for Tax Period Ending: | 12-31-2022 |
| Taxpayer Identification Number: | XX-XXX8482 |

GRAV FAR IN
40 GRA

**** Any minus sign shown below signifies a credit amount ****

| | | | |
|---|---|---|---|
| Account balance: | $13,829.25 | | |
| Accrued interest: | $648.56 | As of: | 08-10-2026 |
| Accrued penalty: | $0.00 | As of: | 01-31-2023 |
| Account balance plus accruals (this is not a payoff amount): | $14,477.81 | | |

**** Information from the return or as adjusted ****

| | |
|---|---|
| Total Tax per Taxpayer | $7,104.60 |
| Return due date or return received date (whichever is later): | 10-26-2023 |
| Processed date: | 12-18-2023 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed 29141-325-17534-3 | 202348 | 12-18-2023 | $7,104.60 |
| 960 | Appointed representative | | 06-15-2022 | $0.00 |
| 961 | Removed appointed representative | | 10-06-2022 | $0.00 |
| 599 | Tax return secured | | 10-27-2023 | $0.00 |
| 166 | Penalty for filing tax return after the due date 12-18-2033 | 202348 | 12-18-2023 | $1,598.53 |
| 186 | Federal tax deposit penalty 12-18-2033 | 202348 | 12-18-2023 | $710.46 |
| 276 | Penalty for late payment of tax | 202348 | 12-18-2023 | $390.75 |
| 196 | Interest charged for late payment | 202348 | 12-18-2023 | $572.61 |
| 582 | Lien placed on assets due to balance owed | | 01-12-2024 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 01-02-2024 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 01-16-2024 | $0.00 |
| 186 | Federal tax deposit penalty 02-05-2034 | 202403 | 02-05-2024 | $355.23 |
| 276 | Penalty for late payment of tax | 202403 | 02-05-2024 | $106.58 |
| 196 | Interest charged for late payment | 202403 | 02-05-2024 | $111.81 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 01-31-2024 | $0.00 |
| 971 | First Levy Issued on Module | | 02-21-2024 | $0.00 |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 971 | Federal Payment Levy Program - Levy Issued | | 02-03-2025 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 03-14-2025 | $0.00 |
| 196 | Interest charged for late payment | 202546 | 12-01-2025 | $1,599.86 |
| 276 | Penalty for late payment of tax | 202546 | 12-01-2025 | $1,278.82 |
| 582 | Lien placed on assets due to balance owed | | 02-27-2026 | $0.00 |

This Product Contains Sensitive Taxpayer Data

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 941 Account Transcript

| | |
|---|---|
| Request Date: | 07-31-2026 |
| Response Date: | 07-31-2026 |
| Tracking Number: | 110999832052 |

| | |
|---|---|
| Form Number: | 941 |
| Report for Tax Period Ending: | 03-31-2023 |
| Taxpayer Identification Number: | XX-XXX8482 |

GRAV FAR IN
40 GRA

**** Any minus sign shown below signifies a credit amount ****

| | | | |
|---|---|---|---|
| Account balance: | $575.22 | | |
| Accrued interest: | $24.53 | As of: | 08-10-2026 |
| Accrued penalty: | $0.00 | As of: | 04-30-2023 |
| Account balance plus accruals (this is not a payoff amount): | $599.75 | | |

**** Information from the return or as adjusted ****

| | |
|---|---|
| Total Tax per Taxpayer | $6,131.68 |
| Return due date or return received date (whichever is later): | 05-15-2023 |
| Processed date: | 07-10-2023 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed 29141-163-20531-3 | 202325 | 07-10-2023 | $6,131.68 |
| 599 | Tax return secured | | 05-16-2023 | $0.00 |
| 650 | Federal tax deposit | | 06-09-2023 | -$6,131.68 |
| 166 | Penalty for filing tax return after the due date 07-10-2033 | 202325 | 07-10-2023 | $275.93 |
| 276 | Penalty for late payment of tax | 202325 | 07-10-2023 | $61.32 |
| 196 | Interest charged for late payment | 202325 | 07-10-2023 | $51.28 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 09-18-2023 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 09-22-2023 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 09-28-2023 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 10-23-2023 | $0.00 |
| 971 | First Levy Issued on Module | | 11-29-2023 | $0.00 |
| 971 | Unclaimed notice of lien filing and right to Collection Due Process hearing | | 11-02-2023 | $0.00 |
| 196 | Interest charged for late payment | 202446 | 12-02-2024 | $44.98 |
| 971 | Federal Payment Levy Program - Levy Issued | | 02-03-2025 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 03-14-2025 | $0.00 |
| 196 | Interest charged for late payment | 202546 | 12-01-2025 | $31.71 |
| 582 | Lien placed on assets due to balance owed | | 02-27-2026 | $0.00 |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 360 | Fees and other expenses for collection | | 03-23-2026 | $110.00 |

This Product Contains Sensitive Taxpayer Data

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 941 Account Transcript

| | |
|---|---|
| Request Date: | 07-31-2026 |
| Response Date: | 07-31-2026 |
| Tracking Number: | 110999832052 |

| | |
|---|---|
| Form Number: | 941 |
| Report for Tax Period Ending: | 06-30-2023 |
| Taxpayer Identification Number: | XX-XXX8482 |

GRAV FAR IN
40 GRA

**** Any minus sign shown below signifies a credit amount ****

| | | | |
|---|---|---|---|
| Account balance: | $17,436.13 | | |
| Accrued interest: | $817.72 | As of: | 08-10-2026 |
| Accrued penalty: | $0.00 | As of: | 07-31-2023 |
| Account balance plus accruals (this is not a payoff amount): | $18,253.85 | | |

**** Information from the return or as adjusted ****

| | |
|---|---|
| Total Tax per Taxpayer | $9,779.96 |
| Return due date or return received date (whichever is later): | 10-26-2023 |
| Processed date: | 12-18-2023 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed<br>29141-325-17533-3 | 202348 | 12-18-2023 | $9,779.96 |
| 599 | Tax return secured | | 10-27-2023 | $0.00 |
| 166 | Penalty for filing tax return after the due date<br>12-18-2033 | 202348 | 12-18-2023 | $1,320.29 |
| 186 | Federal tax deposit penalty<br>12-18-2033 | 202348 | 12-18-2023 | $978.00 |
| 276 | Penalty for late payment of tax | 202348 | 12-18-2023 | $244.50 |
| 196 | Interest charged for late payment | 202348 | 12-18-2023 | $326.74 |
| 582 | Lien placed on assets due to balance owed | | 01-12-2024 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 01-02-2024 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 01-16-2024 | $0.00 |
| 186 | Federal tax deposit penalty<br>02-05-2034 | 202403 | 02-05-2024 | $489.00 |
| 276 | Penalty for late payment of tax | 202403 | 02-05-2024 | $146.70 |
| 196 | Interest charged for late payment | 202403 | 02-05-2024 | $136.29 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 01-31-2024 | $0.00 |
| 971 | First Levy Issued on Module | | 02-21-2024 | $0.00 |
| 971 | Federal Payment Levy Program - Levy Issued | | 02-03-2025 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 03-14-2025 | $0.00 |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 196 | Interest charged for late payment | 202546 | 12-01-2025 | $1,960.86 |
| 276 | Penalty for late payment of tax | 202546 | 12-01-2025 | $2,053.79 |

This Product Contains Sensitive Taxpayer Data

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 941 Account Transcript

| | |
|---|---|
| Request Date: | 07-31-2026 |
| Response Date: | 07-31-2026 |
| Tracking Number: | 110999832052 |

| | |
|---|---|
| Form Number: | 941 |
| Report for Tax Period Ending: | 09-30-2023 |
| Taxpayer Identification Number: | XX-XXX8482 |

GRAV FAR IN
40 GRA

**** Any minus sign shown below signifies a credit amount ****

| | | | |
|---|---|---|---|
| Account balance: | $14,763.00 | | |
| Accrued interest: | $692.35 | As of: | 08-10-2026 |
| Accrued penalty: | $818.78 | As of: | 07-15-2024 |
| Account balance plus accruals (this is not a payoff amount): | $16,274.13 | | |

**** Information from the return or as adjusted ****

| | |
|---|---|
| Total Tax per Taxpayer | $10,234.72 |
| Return due date or return received date (whichever is later): | 10-31-2023 |
| Processed date: | 12-18-2023 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed<br>29141-325-04646-3 | 202348 | 12-18-2023 | $10,234.72 |
| 599 | Tax return secured | | 10-27-2023 | $0.00 |
| 186 | Federal tax deposit penalty<br>12-18-2033 | 202348 | 12-18-2023 | $1,023.47 |
| 582 | Lien placed on assets due to balance owed | | 01-12-2024 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 01-02-2024 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 01-16-2024 | $0.00 |
| 186 | Federal tax deposit penalty<br>02-05-2034 | 202403 | 02-05-2024 | $511.74 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 01-31-2024 | $0.00 |
| 971 | First Levy Issued on Module | | 02-21-2024 | $0.00 |
| 971 | Federal Payment Levy Program - Levy Issued | | 02-03-2025 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 03-14-2025 | $0.00 |
| 196 | Interest charged for late payment | 202546 | 12-01-2025 | $1,253.17 |
| 276 | Penalty for late payment of tax | 202546 | 12-01-2025 | $1,739.90 |

This Product Contains Sensitive Taxpayer Data

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 941 Account Transcript

Request Date: 07-31-2026
Response Date: 07-31-2026
Tracking Number: 110999832052

Form Number: 941
Report for Tax Period Ending: 12-31-2023
Taxpayer Identification Number: XX-XXX8482

GRAV FAR IN
40 GRA

**** Any minus sign shown below signifies a credit amount ****

| | | | |
|---|---|---|---|
| Account balance: | $10,603.71 | | |
| Accrued interest: | $497.30 | As of: | 08-10-2026 |
| Accrued penalty: | $588.09 | As of: | 07-15-2024 |
| Account balance plus accruals (this is not a payoff amount): | $11,689.10 | | |

**** Information from the return or as adjusted ****

Total Tax per Taxpayer: $10,350.70
Return due date or return received date (whichever is later): 02-02-2024
Processed date: 04-01-2024

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed 29141-068-02752-4 | 202411 | 04-01-2024 | $10,350.70 |
| 650 | Federal tax deposit | | 11-22-2023 | -$740.00 |
| 650 | Federal tax deposit | | 12-05-2023 | -$695.22 |
| 650 | Federal tax deposit | | 12-28-2023 | -$770.79 |
| 650 | Federal tax deposit | | 12-29-2023 | -$793.48 |
| 599 | Tax return secured | | 02-06-2024 | $0.00 |
| 186 | Federal tax deposit penalty 04-01-2034 | 202411 | 04-01-2024 | $735.13 |
| 186 | Federal tax deposit penalty 05-06-2034 | 202416 | 05-06-2024 | $367.56 |
| 582 | Lien placed on assets due to balance owed | | 04-26-2024 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 04-30-2024 | $0.00 |
| 971 | Unclaimed notice of lien filing and right to Collection Due Process hearing | | 05-24-2024 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 06-05-2024 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 07-01-2024 | $0.00 |
| 971 | First Levy Issued on Module | | 11-27-2024 | $0.00 |
| 971 | Federal Payment Levy Program - Levy Issued | | 02-03-2025 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 03-14-2025 | $0.00 |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 196 | Interest charged for late payment | 202546 | 12-01-2025 | $900.10 |
| 276 | Penalty for late payment of tax | 202546 | 12-01-2025 | $1,249.71 |

This Product Contains Sensitive Taxpayer Data

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 941 Account Transcript

| | |
|---|---|
| Request Date: | 07-31-2026 |
| Response Date: | 07-31-2026 |
| Tracking Number: | 110999832052 |

| | |
|---|---|
| Form Number: | 941 |
| Report for Tax Period Ending: | 03-31-2024 |
| Taxpayer Identification Number: | XX-XXX8482 |

GRAV FAR IN
40 GRA

**** Any minus sign shown below signifies a credit amount ****

| | | | |
|---|---|---|---|
| Account balance: | $6,058.65 | | |
| Accrued interest: | $284.14 | As of: | 08-10-2026 |
| Accrued penalty: | $315.39 | As of: | 07-15-2024 |
| Account balance plus accruals (this is not a payoff amount): | $6,658.18 | | |

**** Information from the return or as adjusted ****

| | |
|---|---|
| Total Tax per Taxpayer | $7,385.08 |
| Return due date or return received date (whichever is later): | 06-20-2024 |
| Processed date: | 09-02-2024 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed<br>29141-204-00846-4 | 202433 | 09-02-2024 | $7,385.08 |
| 650 | Federal tax deposit | | 03-15-2024 | -$547.10 |
| 650 | Federal tax deposit | | 03-28-2024 | -$531.39 |
| 650 | Federal tax deposit | | 03-29-2024 | -$570.78 |
| 599 | Tax return secured | | 06-24-2024 | $0.00 |
| 186 | Federal tax deposit penalty<br>09-02-2034 | 202433 | 09-02-2024 | $573.58 |
| 276 | Penalty for late payment of tax | 202433 | 09-02-2024 | $57.36 |
| 196 | Interest charged for late payment | 202433 | 09-02-2024 | $61.76 |
| 186 | Federal tax deposit penalty<br>10-07-2034 | 202438 | 10-07-2024 | $286.79 |
| 276 | Penalty for late payment of tax | 202438 | 10-07-2024 | $28.68 |
| 196 | Interest charged for late payment | 202438 | 10-07-2024 | $49.36 |
| 570 | Additional account action pending | | 10-28-2024 | $0.00 |
| 670 | Payment | | 10-28-2024 | -$1,793.43 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 01-22-2025 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 01-31-2025 | $0.00 |
| 360 | Fees and other expenses for collection | | 02-24-2025 | $74.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 02-04-2025 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 03-14-2025 | $0.00 |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 971 | Federal Payment Levy Program - Levy Issued | | 05-05-2025 | $0.00 |
| 971 | First Levy Issued on Module | | 05-05-2025 | $0.00 |
| 196 | Interest charged for late payment | 202546 | 12-01-2025 | $432.81 |
| 276 | Penalty for late payment of tax | 202546 | 12-01-2025 | $551.93 |

This Product Contains Sensitive Taxpayer Data

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 941 Account Transcript

| | |
|---|---|
| Request Date: | 07-31-2026 |
| Response Date: | 07-31-2026 |
| Tracking Number: | 110999832052 |

| | |
|---|---|
| Form Number: | 941 |
| Report for Tax Period Ending: | 09-30-2024 |
| Taxpayer Identification Number: | XX-XXX8482 |

GRAV FAR IN
40 GRA

**** Any minus sign shown below signifies a credit amount ****

| | | | |
|---|---|---|---|
| Account balance: | $9,826.04 | | |
| Accrued interest: | $726.56 | As of: | 08-10-2026 |
| Accrued penalty: | $857.07 | As of: | 10-31-2024 |
| Account balance plus accruals (this is not a payoff amount): | $11,409.67 | | |

**** Information from the return or as adjusted ****

| | |
|---|---|
| Total Tax per Taxpayer | $7,797.30 |
| Return due date or return received date (whichever is later): | 03-17-2025 |
| Processed date: | 06-16-2025 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed 29141-141-04735-5 | 202522 | 06-16-2025 | $7,797.30 |
| 650 | Federal tax deposit | | 07-10-2024 | -$625.32 |
| 650 | Federal tax deposit | | 07-17-2024 | -$573.72 |
| 651 | Dishonored federal tax deposit | | 07-17-2024 | $573.72 |
| 286 | Penalty for dishonored payment | 202430 | 08-12-2024 | $25.00 |
| 650 | Federal tax deposit | | 07-25-2024 | -$579.14 |
| 599 | Tax return secured | | 03-18-2025 | $0.00 |
| 166 | Penalty for filing tax return after the due date 06-16-2035 | 202522 | 06-16-2025 | $1,483.39 |
| 186 | Federal tax deposit penalty 06-16-2035 | 202522 | 06-16-2025 | $659.29 |
| 276 | Penalty for late payment of tax | 202522 | 06-16-2025 | $263.71 |
| 196 | Interest charged for late payment | 202522 | 06-16-2025 | $375.90 |
| 186 | Federal tax deposit penalty 07-21-2035 | 202527 | 07-21-2025 | $329.64 |
| 276 | Penalty for late payment of tax | 202527 | 07-21-2025 | $32.97 |
| 196 | Interest charged for late payment | 202527 | 07-21-2025 | $63.30 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 09-29-2025 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-03-2025 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 10-09-2025 | $0.00 |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 10-09-2025 | $0.00 |
| 971 | Federal Payment Levy Program - Levy Issued | | 01-05-2026 | $0.00 |
| 971 | First Levy Issued on Module | | 01-05-2026 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 02-27-2026 | $0.00 |

This Product Contains Sensitive Taxpayer Data

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 1120S Account Transcript

| | |
|---|---|
| Request Date: | 07-31-2026 |
| Response Date: | 07-31-2026 |
| Tracking Number: | 110999832052 |

| | |
|---|---|
| Form Number: | 1120S |
| Report for Tax Period Ending: | 12-31-2017 |
| Taxpayer Identification Number: | XX-XXX8482 |

GRAV FAR IN
40 GRA

**** Any minus sign shown below signifies a credit amount ****

| | | | |
|---|---|---|---|
| Account balance: | $5,661.93 | | |
| Accrued interest: | $265.53 | As of: | 08-10-2026 |
| Accrued penalty: | $0.00 | As of: | 03-15-2018 |
| Account balance plus accruals (this is not a payoff amount): | $5,927.46 | | |

**** Information from the return or as adjusted ****

| | |
|---|---|
| Net Receipts | $0.00 |
| Total Income | $0.00 |
| Total Deductions | $0.00 |
| Taxable Income | -$4,012.00 |
| Corporate Alternative Minimum Tax | $0.00 |
| Current Years Estimated Tax Payments | $0.00 |
| Personal Holding Company Tax | $0.00 |
| Tax Deposited with Form 7004 | $0.00 |
| Total Tax per Return | $0.00 |
| Principal Business Activity Code | 112120 |
| Return due date or return received date (whichever is later): | 10-26-2023 |
| Processed date: | 12-04-2023 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed<br>29316-315-10103-3 | 202346 | 12-04-2023 | $0.00 |
| 460 | Extension of time to file tax return<br>09-15-2018 | | 05-07-2018 | $0.00 |
| 599 | Tax return secured | | 10-27-2023 | $0.00 |
| 246 | Failure to provide information penalty<br>12-04-2033 | 202346 | 12-04-2023 | $4,800.00 |
| 582 | Lien placed on assets due to balance owed | | 01-12-2024 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 01-02-2024 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 01-16-2024 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 01-31-2024 | $0.00 |
| 360 | Fees and other expenses for collection | | 03-04-2024 | $74.00 |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 971 | First Levy Issued on Module | | 03-04-2024 | $0.00 |
| 971 | Federal Payment Levy Program - Levy Issued | | 02-03-2025 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 03-14-2025 | $0.00 |
| 196 | Interest charged for late payment | 202546 | 12-01-2025 | $787.93 |

This Product Contains Sensitive Taxpayer Data

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 1120 Series Account Transcript

| | |
|---|---|
| Request Date: | 07-31-2026 |
| Response Date: | 07-31-2026 |
| Tracking Number: | 110999832052 |

| | |
|---|---|
| Form Number: | 1120 Series |
| Report for Tax Period Ending: | 12-31-2019 |
| Taxpayer Identification Number: | XX-XXX8482 |

GRAV FAR IN
40 GRA

**** Any minus sign shown below signifies a credit amount ****

| | | | |
|---|---|---|---|
| Account balance: | $4,920.00 | | |
| Accrued interest: | $349.62 | As of: | 08-10-2026 |
| Accrued penalty: | $0.00 | As of: | 03-15-2020 |
| Account balance plus accruals (this is not a payoff amount): | $5,269.62 | | |

**** Information from the return or as adjusted ****

| | |
|---|---|
| Net Receipts | $0.00 |
| Total Income | $0.00 |
| Total Deductions | $0.00 |
| Taxable Income | $0.00 |
| Corporate Alternative Minimum Tax | $0.00 |
| Current Years Estimated Tax Payments | $0.00 |
| Personal Holding Company Tax | $0.00 |
| Tax Deposited with Form 7004 | $0.00 |
| Total Tax per Return | $0.00 |
| Return due date or return received date (whichever is later): | 09-17-2024 |
| Processed date: | 10-07-2024 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Substitute tax return prepared by IRS<br>19999-999-99999-4 | 202438 | 10-07-2024 | $0.00 |
| 460 | Extension of time to file tax return<br>09-15-2020 | | 08-03-2020 | $0.00 |
| 424 | Examination Request | | 09-17-2024 | $0.00 |
| 420 | Examination of tax return | | 09-20-2024 | $0.00 |
| 300 | Additional tax assessed by examination<br>49347-595-10001-5<br>00-00-0000 | | 08-04-2025 | $0.00 |
| 240 | Miscellaneous penalty<br>49347-595-10001-5<br>08-04-2035 | 202529 | 08-04-2025 | $4,920.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 09-29-2025 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-03-2025 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 10-09-2025 | $0.00 |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 10-09-2025 | $0.00 |
| 971 | Federal Payment Levy Program - Levy Issued | | 01-05-2026 | $0.00 |
| 971 | First Levy Issued on Module | | 01-05-2026 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 02-27-2026 | $0.00 |
| 300 | Additional tax assessed by examination 49347-469-00000-6 00-00-0000 | | 03-30-2026 | $0.00 |
| 421 | Closed examination of tax return | | 03-30-2026 | $0.00 |

This Product Contains Sensitive Taxpayer Data

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 1120 Series Account Transcript

| | |
|---|---|
| Request Date: | 07-31-2026 |
| Response Date: | 07-31-2026 |
| Tracking Number: | 110999832052 |

| | |
|---|---|
| Form Number: | 1120 Series |
| Report for Tax Period Ending: | 12-31-2020 |
| Taxpayer Identification Number: | XX-XXX8482 |

GRAV FAR IN
40 GRA

**** Any minus sign shown below signifies a credit amount ****

| | | | |
|---|---|---|---|
| Account balance: | $5,040.00 | | |
| Accrued interest: | $358.16 | As of: | 08-10-2026 |
| Accrued penalty: | $0.00 | As of: | 03-15-2021 |
| Account balance plus accruals (this is not a payoff amount): | $5,398.16 | | |

**** Information from the return or as adjusted ****

| | |
|---|---|
| Net Receipts | $0.00 |
| Total Income | $0.00 |
| Total Deductions | $0.00 |
| Taxable Income | $0.00 |
| Corporate Alternative Minimum Tax | $0.00 |
| Current Years Estimated Tax Payments | $0.00 |
| Personal Holding Company Tax | $0.00 |
| Tax Deposited with Form 7004 | $0.00 |
| Total Tax per Return | $0.00 |
| Return due date or return received date (whichever is later): | 09-17-2024 |
| Processed date: | 10-07-2024 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Substitute tax return prepared by IRS 19999-999-99999-4 | 202438 | 10-07-2024 | $0.00 |
| 460 | Extension of time to file tax return 09-15-2021 | | 08-02-2021 | $0.00 |
| 424 | Examination Request | | 09-17-2024 | $0.00 |
| 420 | Examination of tax return | | 09-20-2024 | $0.00 |
| 300 | Additional tax assessed by examination 49347-595-10000-5 00-00-0000 | | 08-04-2025 | $0.00 |
| 240 | Miscellaneous penalty 49347-595-10000-5 08-04-2035 | 202529 | 08-04-2025 | $5,040.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 09-29-2025 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-03-2025 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 10-09-2025 | $0.00 |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 10-09-2025 | $0.00 |
| 971 | Federal Payment Levy Program - Levy Issued | | 01-05-2026 | $0.00 |
| 971 | First Levy Issued on Module | | 01-05-2026 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 02-27-2026 | $0.00 |
| 300 | Additional tax assessed by examination<br>49347-469-00001-6<br>00-00-0000 | | 03-30-2026 | $0.00 |
| 421 | Closed examination of tax return | | 03-30-2026 | $0.00 |

This Product Contains Sensitive Taxpayer Data

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 1120 Series Account Transcript

| | |
|---|---|
| Request Date: | 07-31-2026 |
| Response Date: | 07-31-2026 |
| Tracking Number: | 110999832052 |

| | |
|---|---|
| Form Number: | 1120 Series |
| Report for Tax Period Ending: | 12-31-2021 |
| Taxpayer Identification Number: | XX-XXX8482 |

GRAV FAR IN
40 GRA

**** Any minus sign shown below signifies a credit amount ****

| | | | |
|---|---|---|---|
| Account balance: | $5,040.00 | | |
| Accrued interest: | $358.16 | As of: | 08-10-2026 |
| Accrued penalty: | $0.00 | As of: | 03-15-2022 |
| Account balance plus accruals (this is not a payoff amount): | $5,398.16 | | |

**** Information from the return or as adjusted ****

| | |
|---|---|
| Net Receipts | $0.00 |
| Total Income | $0.00 |
| Total Deductions | $0.00 |
| Taxable Income | $0.00 |
| Corporate Alternative Minimum Tax | $0.00 |
| Current Years Estimated Tax Payments | $0.00 |
| Personal Holding Company Tax | $0.00 |
| Tax Deposited with Form 7004 | $0.00 |
| Total Tax per Return | $0.00 |
| Return due date or return received date (whichever is later): | 09-17-2024 |
| Processed date: | 10-07-2024 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Substitute tax return prepared by IRS<br>19999-999-99999-4 | 202438 | 10-07-2024 | $0.00 |
| 460 | Extension of time to file tax return<br>09-15-2022 | | 07-11-2022 | $0.00 |
| 424 | Examination Request | | 09-17-2024 | $0.00 |
| 420 | Examination of tax return | | 09-20-2024 | $0.00 |
| 300 | Additional tax assessed by examination<br>49347-595-10002-5<br>00-00-0000 | | 08-04-2025 | $0.00 |
| 240 | Miscellaneous penalty<br>49347-595-10002-5<br>08-04-2035 | 202529 | 08-04-2025 | $5,040.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 09-29-2025 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-03-2025 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 10-09-2025 | $0.00 |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 10-09-2025 | $0.00 |
| 971 | Federal Payment Levy Program - Levy Issued | | 01-05-2026 | $0.00 |
| 971 | First Levy Issued on Module | | 01-05-2026 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 02-27-2026 | $0.00 |
| 300 | Additional tax assessed by examination<br>49347-469-00002-6<br>00-00-0000 | | 03-30-2026 | $0.00 |
| 421 | Closed examination of tax return | | 03-30-2026 | $0.00 |

This Product Contains Sensitive Taxpayer Data

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 1120 Series Account Transcript

| | |
|---|---|
| Request Date: | 07-31-2026 |
| Response Date: | 07-31-2026 |
| Tracking Number: | 110999832052 |

| | |
|---|---|
| Form Number: | 1120 Series |
| Report for Tax Period Ending: | 12-31-2022 |
| Taxpayer Identification Number: | XX-XXX8482 |

GRAV FAR IN
40 GRA

**** Any minus sign shown below signifies a credit amount ****

| | | | |
|---|---|---|---|
| Account balance: | $5,280.00 | | |
| Accrued interest: | $375.21 | As of: | 08-10-2026 |
| Accrued penalty: | $0.00 | As of: | 03-15-2023 |
| Account balance plus accruals (this is not a payoff amount): | $5,655.21 | | |

**** Information from the return or as adjusted ****

| | |
|---|---|
| Net Receipts | $0.00 |
| Total Income | $0.00 |
| Total Deductions | $0.00 |
| Taxable Income | $0.00 |
| Corporate Alternative Minimum Tax | $0.00 |
| Current Years Estimated Tax Payments | $0.00 |
| Personal Holding Company Tax | $0.00 |
| Tax Deposited with Form 7004 | $0.00 |
| Total Tax per Return | $0.00 |
| Return due date or return received date (whichever is later): | 09-17-2024 |
| Processed date: | 10-07-2024 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Substitute tax return prepared by IRS<br>19999-999-99999-4 | 202438 | 10-07-2024 | $0.00 |
| 424 | Examination Request | | 09-17-2024 | $0.00 |
| 420 | Examination of tax return | | 09-20-2024 | $0.00 |
| 300 | Additional tax assessed by examination<br>49347-595-10003-5<br>00-00-0000 | | 08-04-2025 | $0.00 |
| 240 | Miscellaneous penalty<br>49347-595-10003-5<br>08-04-2035 | 202529 | 08-04-2025 | $5,280.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 09-29-2025 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-03-2025 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 10-09-2025 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 10-09-2025 | $0.00 |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 971 | Federal Payment Levy Program - Levy Issued | | 01-05-2026 | $0.00 |
| 971 | First Levy Issued on Module | | 01-05-2026 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 02-27-2026 | $0.00 |
| 300 | Additional tax assessed by examination<br>49347-469-00003-6<br>00-00-0000 | | 03-30-2026 | $0.00 |
| 421 | Closed examination of tax return | | 03-30-2026 | $0.00 |

This Product Contains Sensitive Taxpayer Data

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 1120 Series Account Transcript

| | |
|---|---|
| Request Date: | 07-31-2026 |
| Response Date: | 07-31-2026 |
| Tracking Number: | 110999832052 |

| | |
|---|---|
| Form Number: | 1120 Series |
| Report for Tax Period Ending: | 12-31-2023 |
| Taxpayer Identification Number: | XX-XXX8482 |

GRAV FAR IN
40 GRA

**** Any minus sign shown below signifies a credit amount ****

| | | | |
|---|---|---|---|
| Account balance: | $5,640.00 | | |
| Accrued interest: | $400.79 | As of: | 08-10-2026 |
| Accrued penalty: | $0.00 | As of: | 07-15-2024 |
| Account balance plus accruals (this is not a payoff amount): | $6,040.79 | | |

**** Information from the return or as adjusted ****

| | |
|---|---|
| Net Receipts | $0.00 |
| Total Income | $0.00 |
| Total Deductions | $0.00 |
| Taxable Income | $0.00 |
| Corporate Alternative Minimum Tax | $0.00 |
| Current Years Estimated Tax Payments | $0.00 |
| Personal Holding Company Tax | $0.00 |
| Tax Deposited with Form 7004 | $0.00 |
| Total Tax per Return | $0.00 |
| Return due date or return received date (whichever is later): | 09-17-2024 |
| Processed date: | 10-07-2024 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Substitute tax return prepared by IRS 19999-999-99999-4 | 202438 | 10-07-2024 | $0.00 |
| 424 | Examination Request | | 09-17-2024 | $0.00 |
| 420 | Examination of tax return | | 09-20-2024 | $0.00 |
| 300 | Additional tax assessed by examination 49347-595-10004-5 00-00-0000 | | 08-04-2025 | $0.00 |
| 240 | Miscellaneous penalty 49347-595-10004-5 08-04-2035 | 202529 | 08-04-2025 | $5,640.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 09-29-2025 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-03-2025 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 10-09-2025 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 10-09-2025 | $0.00 |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 971 | Federal Payment Levy Program - Levy Issued | | 01-05-2026 | $0.00 |
| 971 | First Levy Issued on Module | | 01-05-2026 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 02-27-2026 | $0.00 |
| 300 | Additional tax assessed by examination<br>49347-469-00004-6<br>00-00-0000 | | 03-30-2026 | $0.00 |
| 421 | Closed examination of tax return | | 03-30-2026 | $0.00 |

This Product Contains Sensitive Taxpayer Data

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 940 Account Transcript

| | |
|---|---|
| Request Date: | 07-31-2026 |
| Response Date: | 07-31-2026 |
| Tracking Number: | 110999832052 |

| | |
|---|---|
| Form Number: | 940 |
| Report for Tax Period Ending: | 12-31-2015 |
| Taxpayer Identification Number: | XX-XXX8482 |

GRAV FAR IN
40 GRA

**** Any minus sign shown below signifies a credit amount ****

| | | | |
|---|---|---|---|
| Account balance: | $743.04 | | |
| Accrued interest: | $34.85 | As of: | 08-10-2026 |
| Accrued penalty: | $0.00 | As of: | 01-31-2016 |
| Account balance plus accruals (this is not a payoff amount): | $777.89 | | |

**** Information from the return or as adjusted ****

| | |
|---|---|
| Total Tax per Taxpayer | $306.00 |
| Return due date or return received date (whichever is later): | 02-03-2021 |
| Processed date: | 05-16-2022 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Substitute tax return prepared by IRS 29840-092-83819-2 | 202217 | 05-16-2022 | $306.00 |
| 599 | Tax return secured | | 02-04-2021 | $0.00 |
| 166 | Penalty for filing tax return after the due date 05-16-2032 | 202217 | 05-16-2022 | $68.85 |
| 276 | Penalty for late payment of tax | 202217 | 05-16-2022 | $76.50 |
| 196 | Interest charged for late payment | 202217 | 05-16-2022 | $111.22 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 06-17-2022 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 06-30-2022 | $0.00 |
| 971 | First Levy Issued on Module | | 08-02-2022 | $0.00 |
| 670 | Payment Levy | | 09-09-2022 | -$56.71 |
| 582 | Lien placed on assets due to balance owed | | 10-07-2022 | $0.00 |
| 360 | Fees and other expenses for collection | | 10-31-2022 | $74.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 10-11-2022 | $0.00 |
| 971 | Unclaimed notice of lien filing and right to Collection Due Process hearing | | 11-21-2022 | $0.00 |
| 196 | Interest charged for late payment | 202346 | 12-04-2023 | $59.58 |
| 976 | Amended return filed 29840-192-03527-4 | | 12-13-2023 | $0.00 |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 196 | Interest charged for late payment | 202446 | 12-02-2024 | $52.96 |
| 582 | Lien placed on assets due to balance owed | | 03-14-2025 | $0.00 |
| 196 | Interest charged for late payment | 202546 | 12-01-2025 | $50.64 |

This Product Contains Sensitive Taxpayer Data

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 940 Account Transcript

| | |
|---|---|
| Request Date: | 07-31-2026 |
| Response Date: | 07-31-2026 |
| Tracking Number: | 110999832052 |

| | |
|---|---|
| Form Number: | 940 |
| Report for Tax Period Ending: | 12-31-2019 |
| Taxpayer Identification Number: | XX-XXX8482 |

GRAV FAR IN
40 GRA

**** Any minus sign shown below signifies a credit amount ****

| | | | |
|---|---|---|---|
| Account balance: | $310.33 | | |
| Accrued interest: | $15.80 | As of: | 08-10-2026 |
| Accrued penalty: | $0.00 | As of: | 01-31-2020 |
| Account balance plus accruals (this is not a payoff amount): | $326.13 | | |

**** Information from the return or as adjusted ****

| | |
|---|---|
| Total Tax per Taxpayer | $1,872.00 |
| Return due date or return received date (whichever is later): | 02-03-2021 |
| Processed date: | 02-14-2022 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Substitute tax return prepared by IRS 29840-003-06409-2 | 202204 | 02-14-2022 | $1,872.00 |
| 599 | Tax return secured | | 02-04-2021 | $0.00 |
| 166 | Penalty for filing tax return after the due date 02-14-2032 | 202204 | 02-14-2022 | $421.20 |
| 276 | Penalty for late payment of tax | 202204 | 02-14-2022 | $234.00 |
| 196 | Interest charged for late payment | 202204 | 02-14-2022 | $164.81 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 03-25-2022 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 04-18-2022 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 04-19-2022 | $0.00 |
| 960 | Appointed representative | | 05-04-2022 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 05-06-2022 | $0.00 |
| 360 | Fees and other expenses for collection | | 05-30-2022 | $44.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 04-29-2022 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 05-12-2022 | $0.00 |
| 971 | First Levy Issued on Module | | 06-07-2022 | $0.00 |
| 670 | Payment Levy | | 07-28-2022 | -$486.04 |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 670 | Payment<br>Levy | | 09-15-2022 | -$196.89 |
| 961 | Removed appointed representative | | 10-06-2022 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 01-06-2023 | $0.00 |
| 360 | Fees and other expenses for collection | | 02-06-2023 | $30.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 01-12-2023 | $0.00 |
| 706 | Credit transferred in from<br>940<br>20181231 | | 11-29-2021 | -$16.51 |
| 670 | Payment<br>Levy | | 02-16-2023 | -$208.93 |
| 971 | Unclaimed notice of lien filing and right to Collection Due Process hearing | | 02-23-2023 | $0.00 |
| 670 | Payment<br>Levy | | 05-30-2023 | -$156.86 |
| 670 | Payment<br>Levy | | 06-20-2023 | -$307.25 |
| 670 | Payment<br>Undesignated Bankruptcy | | 09-15-2023 | -$87.33 |
| 196 | Interest charged for late payment | 202346 | 12-04-2023 | $217.59 |
| 276 | Penalty for late payment of tax | 202346 | 12-04-2023 | $174.44 |
| 670 | Payment<br>Levy | | 04-22-2024 | -$602.00 |
| 670 | Payment<br>Levy | | 05-20-2024 | -$417.97 |
| 196 | Interest charged for late payment | 202446 | 12-02-2024 | $92.15 |
| 670 | Payment<br>Levy | | 01-16-2025 | -$462.19 |
| 971 | Federal Payment Levy Program - Levy Issued | | 02-03-2025 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 03-14-2025 | $0.00 |
| 360 | Fees and other expenses for collection | | 04-07-2025 | $74.00 |
| 670 | Payment<br>Levy | | 05-21-2025 | -$46.96 |
| 670 | Payment<br>Levy | | 06-30-2025 | -$0.01 |
| 196 | Interest charged for late payment | 202546 | 12-01-2025 | $28.86 |
| 670 | Payment | | 03-24-2026 | -$26.94 |
| 670 | Payment<br>Levy | | 04-02-2026 | -$26.84 |

This Product Contains Sensitive Taxpayer Data

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 940 Account Transcript

| | |
|---|---|
| Request Date: | 07-31-2026 |
| Response Date: | 07-31-2026 |
| Tracking Number: | 110999832052 |

| | |
|---|---|
| Form Number: | 940 |
| Report for Tax Period Ending: | 12-31-2022 |
| Taxpayer Identification Number: | XX-XXX8482 |

GRAV FAR IN
40 GRA

**** Any minus sign shown below signifies a credit amount ****

| | | | |
|---|---|---|---|
| Account balance: | $505.85 | | |
| Accrued interest: | $23.73 | As of: | 08-10-2026 |
| Accrued penalty: | $0.00 | As of: | 01-31-2023 |
| Account balance plus accruals (this is not a payoff amount): | $529.58 | | |

**** Information from the return or as adjusted ****

| | |
|---|---|
| Total Tax per Taxpayer | $238.74 |
| Return due date or return received date (whichever is later): | 10-26-2023 |
| Processed date: | 01-08-2024 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed<br>29840-325-03631-3 | 202351 | 01-08-2024 | $238.74 |
| 960 | Appointed representative | | 06-15-2022 | $0.00 |
| 961 | Removed appointed representative | | 10-06-2022 | $0.00 |
| 599 | Tax return secured | | 10-27-2023 | $0.00 |
| 166 | Penalty for filing tax return after the due date<br>01-08-2034 | 202351 | 01-08-2024 | $53.72 |
| 276 | Penalty for late payment of tax | 202351 | 01-08-2024 | $14.32 |
| 196 | Interest charged for late payment | 202351 | 01-08-2024 | $20.68 |
| 582 | Lien placed on assets due to balance owed | | 04-26-2024 | $0.00 |
| 360 | Fees and other expenses for collection | | 05-20-2024 | $74.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 04-30-2024 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 06-05-2024 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 07-01-2024 | $0.00 |
| 971 | Federal Payment Levy Program - Levy Issued | | 02-03-2025 | $0.00 |
| 971 | First Levy Issued on Module | | 02-03-2025 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 03-14-2025 | $0.00 |
| 196 | Interest charged for late payment | 202546 | 12-01-2025 | $59.03 |
| 276 | Penalty for late payment of tax | 202546 | 12-01-2025 | $45.36 |

This Product Contains Sensitive Taxpayer Data

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 940 Account Transcript

| | |
|---|---|
| Request Date: | 07-31-2026 |
| Response Date: | 07-31-2026 |
| Tracking Number: | 110999832052 |

| | |
|---|---|
| Form Number: | 940 |
| Report for Tax Period Ending: | 12-31-2024 |
| Taxpayer Identification Number: | XX-XXX8482 |

GRAV FAR IN
40 GRA

**** Any minus sign shown below signifies a credit amount ****

| | | | |
|---|---|---|---|
| Account balance: | $325.80 | | |
| Accrued interest: | $28.82 | As of: | 08-10-2026 |
| Accrued penalty: | $41.76 | As of: | 01-31-2025 |
| Account balance plus accruals (this is not a payoff amount): | $396.38 | | |

**** Information from the return or as adjusted ****

| | |
|---|---|
| Total Tax per Taxpayer | $287.98 |
| Return due date or return received date (whichever is later): | 03-17-2025 |
| Processed date: | 05-12-2025 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed 09840-092-10514-5 | 202517 | 05-12-2025 | $287.98 |
| 166 | Penalty for filing tax return after the due date 05-12-2035 | 202517 | 05-12-2025 | $25.92 |
| 276 | Penalty for late payment of tax | 202517 | 05-12-2025 | $5.76 |
| 196 | Interest charged for late payment | 202517 | 05-12-2025 | $6.14 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 09-29-2025 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-03-2025 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 10-09-2025 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 10-09-2025 | $0.00 |
| 971 | Federal Payment Levy Program - Levy Issued | | 01-05-2026 | $0.00 |
| 971 | First Levy Issued on Module | | 01-05-2026 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 02-27-2026 | $0.00 |

This Product Contains Sensitive Taxpayer Data