**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| IN THE MATTER OF THE<br>TAX INDEBTEDNESS OF<br>Gravelwood Farm Inc.<br>40 Gravelwood Farm Lane<br>Blue Hill, ME 04614 | No. 1:26-mc-00323-JAW |

## Inventory of Assets Seized

The United States of America, pursuant to the ORDER FOR ENTRY ON PREMISES TO EFFECTUATE LEVY AND SEIZURE entered August 10, 2026, submits the attached inventory of assets seized, as provided by the Revenue Officer David Lambert of the Internal Revenue Service.

Dated: August 25, 2026

Respectfully submitted,

ANDREW B. BENSON
United States Attorney

By: _/s/ Trevor H. Taniguchi_
Trevor H. Taniguchi
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street
Portland, ME 04101
(207) 780-3257
Trevor.Taniguchi@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

_/s/ Jeffrey N. Nuñez_
JEFFREY N. NUÑEZ
Trial Attorney, Tax Litigation Branch

Civil Division, U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044-0055
P: (202) 616-5218 / F: (202) 514-5238
Jeffrey.N.Nunez@usdoj.gov
*Attorneys for the United States of America*

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **IN THE MATTER OF THE TAX INDEBTEDNESS OF:** | ) | |
| | ) | **Misc. No.** 1:26-mc-00323-JAW |
| **GRAVELWOOD FARM INC**<br>**40 GRAVELWOOD FARM LANE**<br>**BLUE HILL ME 04614** | ) | |

**INVENTORY OF ASSETS SEIZED**

**Date & Time of Seizure:**

August 19th, 2026, from 12:00 PM to 2:30 PM

**Copies of 08/10/2026 Order Left With**: Daniel Brown

**Inventory Made in the Presence of**: Nicholas Hanson

**Description of Monies Taken and Applied to the Taxpayer's Account**:

1) 5050 Pennies
2) 241 Nickels
3) 447 Dimes
4) 183 Quarters
5) 23 Half Dollars
6) 28 1 Dollar Coins
7) 68 1 Dollar Bills
8) 15 2 Dollar Bills
9) 10 5 Dollar Bills
10) 11 10 Dollar Bills
11) 16 20 Dollar Bills
12) 1 50 Dollar Bill
13) 1 35 Dollar Check made out to Gravelwood Farm Inc

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

David Lambert
Revenue Officer
Internal Revenue Service